AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California ☐

**FILED**

**Jun 11, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br><br>D'Andre DAVIS and<br>Nicole NOWAK<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:26-mj-00073-EPG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2022 - January 2026___ in the counties of ___Kings and Kern___ in the ___Eastern___ District of ___California and elsewhere___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(b) | interstate threatening communications with the intent to extort |
| 18 U.S.C. § 2261A(2)(B) | stalking (cyberstalking) |

This criminal complaint is based on these facts:

Please see the attached affidavit from Federal Bureau of Investigation (FBI) Special Agent Jacob Ricks (incorporated here by reference)

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Ricks - FBI Special Agent

*Printed name and title*

Sworn to before me by telephone consistent with Fed. R. Crim P. 4(d) and 4.1.

Date:  **Jun 11, 2026**

*Judge's signature*

City and state:  ___Fresno, California___    Hon. Erica P. Grosjean - US Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob Ricks, being duly sworn, state as follows:

### I.    INTRODUCTION

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since April 2022.  I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the United States Attorney General to request search and arrest warrants.  I am a graduate of the FBI's Basic Field Training Program in Quantico, Virginia.  I am currently assigned to the FBI's office in Fresno, California, where I am a member of the white-collar crime squad and have been involved in several investigations regarding violations of federal law.  Prior to joining the FBI, I received an undergraduate degree in business finance, a Master of Business Administration, and I spent seven years as a financial analyst and product manager.

2.    This affidavit is made in support of a federal criminal complaint charging D'Andre Davis (DAVIS) and Nicole Nowak (NOWAK) with interstate threatening communications with the intent to extort in violation of 18 U.S.C. § 875(b) and cyberstalking in violation of 18 U.S.C. § 2261A(2)(B). This affidavit is based on my training and experience as well as my personal knowledge and communications with other law enforcement investigators and witnesses.  This affidavit is intended to show there is probable cause for the criminal complaint; it does not set forth all of my knowledge about the case.

### II.    APPLICABLE LAW

3.    Whoever (1) knowingly transmits in interstate or foreign commerce a communication containing a threat to injure the person of another; and (2) the communication is transmitted for the purpose of issuing a threat or with knowledge that the communication would be viewed as a threat; and (3) the person sending the threatening communication intends to extort money violates 18 U.S.C. § 875(b).

4.    Whoever (1) with the intent to kill, injure, harass, intimidate . . . (2) uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate or foreign commerce to (3) engage in a course of conduct that causes, attempts to cause, or

would be reasonably expected to cause substantial emotional distress to a person violates 18 U.S.C. § 2261A(2)(B).

### III. PROBABLE CAUSE STATEMENT

5. On approximately July 12, 2024, an adult female (VICTIM), who at all relevant times resided in the Western District of Washington, contacted the FBI to report that she was being extorted for money by DAVIS, an inmate in the custody of the California Department of Corrections and Rehabilitations (CDCR).

6. The VICTIM reported that beginning in approximately July 2021, DAVIS, then an inmate at CDCR California State Prison (CSP)-Corcoran in Kings County, California, within the Eastern District of California, contacted the VICTIM using a contraband cell phone and the Facebook and Instagram social media applications. DAVIS convinced the VICTIM that he was imprisoned for a crime committed by a friend, was appealing his case, and that DAVIS was trying to financially take care of his sick mother from inside of the prison. The VICTIM was sympathetic to DAVIS, and DAVIS and the VICTIM developed a relationship through messages, phone calls, and video chats.

7. The VICTIM sent a few thousand dollars to friends and family of DAVIS at DAVIS's direction, allegedly to help DAVIS's mother, to help DAVIS purchase food within the prison, and other personal needs.  Eventually, the VICTIM and DAVIS exchanged sexually explicit images of themselves. The VICTIM believed that DAVIS would not share the images with any other person.

8. While DAVIS was housed at CSP-Corcoran in early 2022, the VICTIM began to believe that DAVIS's requests for money were becoming too much. For example, on January 26, 2022, the VICTIM wrote to DAVIS via Facebook Messenger, "I know you need money - I was planning on it on my own m. When it's continually brought up it makes me feel some kind of way - I just wish it wasn't a thing . It puts a cloud over things."

9. On February 17, 2022, DAVIS became angry at the VICTIM because she had reached out to one of DAVIS's friends without DAVIS's permission. In retaliation, DAVIS told the VICTIM, "You know what I did…I sent a hit to kill your husband…My ppl are going to get him…He will get them – you have no idea…He doesn't play[.]" The VICTIM asked DAVIS not to kill her husband, and again accused DAVIS of only maintaining a relationship with the VICTIM in order to request her money.

10.    During the next several months, as the VICTIM began refusing to send DAVIS money, DAVIS began threatening to share the VICTIM's explicit photos with the VICTIM's friends and family members, including her husband and children, unless the VICTIM continued to send DAVIS money. From the beginning of 2022 through July of 2024, the VICTIM sent DAVIS more than $35,000. More than $6,000 of these funds were sent from the VICTIM to NOWAK via mobile payment applications Cash App and Venmo.

11.    Below are some examples of DAVIS's messages to the VICTIM. Any written messages are quoted verbatim with typographical errors. Since many messages were sent without any punctuation, a "…" may be added between individual messages for clarity.

12.    On December 5, 2022, DAVIS messaged the VICTIM via Facebook and stated, "I don't care about 2what you saying that money needs to be deposited…I'm about to expose you to the whole family…I'm tagging all [your] family members rn I swear to God…I'm not playing games with you…You don't do shit for me any ways…I just messaged 2 of them…You want to play with my anxiety I'll play a dirty game…Whose [family member 1]…She just messaged me back…Whose [family member 2]…Lol this bitch is crsxy[.]"

13.    On March 7, 2023, DAVIS messaged the VICTIM via Facebook, with the following conversation:

    a.  DAVIS: "Im going toned you to get this money for me"

    b.  VICTIM: "Sure thing - next week - watch out for getting too expensive for me where alternatives might a lot more sense"

    c.  DAVIS: "No this week"

    d.  VICTIM: "Don't have it"

    e.  DAVIS: "You try to wait until the end of tge week to do it so you can say you just sent the shit bitch im not playing with you…Make the mostake and fuck around and find out…My fucking word"

    f.  VICTIM: "You said you already told everyone…Isn't that what you said- you told my husbands friends…So I told him first befjfd he hears elsewhere"

g. DAVIS: "Ok so ill spice it up with all the naked pics and shit to his friends as well…Make him look like a fool to them lmao"

h. VICTIM: "So what you send them if not pics?"

i. DAVIS: "Bitch send them money tomorrow…Are today"

14.    As the VICTIM continued to try to stop sending money, DAVIS expanded the threats with the assistance of his wife NOWAK and others.  At all relevant times NOWAK resided in the District of Nevada.  In 2018, NOWAK was sentenced to serve seven years in federal prison for her conviction of brandishing a firearm while committing a carjacking. NOWAK was released from federal custody in approximately March of 2024.  She began a term of supervised release that is currently scheduled to end in approximately March of 2029.  NOWAK and DAVIS were allegedly married via video call in 2025 while NOWAK was on supervised release and DAVIS was in CDCR custody.

15.    NOWAK first contacted the VICTIM on approximately May 8, 2024, via a Voice Over Internet Protocol (VoIP) phone number. VoIP numbers can be utilized through mobile applications on a cell phone, and one person can have multiple phone numbers at the same time. Between May 2024 and September 2025, NOWAK communicated with the VICTIM through multiple VoIP phone numbers including 702-602-8943, 702-843-6114, and 209-798-8079. During the conversations, NOWAK used multiple pseudonyms, including "Darnell," who was allegedly an African American male.

16.    According to records provided by VoIP company TextMe, TextMe phone number 209-798-8079 had a User ID of nicoleblessed555428. United States probation officers seized an iPhone 15 Pro Max phone from NOWAK on approximately January 14, 2026.  A review of that phone revealed that NOWAK has used TextMe User ID nicoleblessed555428.

17.    According to records provided by VoIP company TextNow, TextNow phone numbers 702-602-8943 and 702-843-6114 both had a Device ID of iOS 8D7176C4-D840-4563-967A-83E69F4D49A0, which was found in NOWAK's iPhone 15 Pro Max.  In addition, phone number 702-843-6114 had a User ID of nicoleblessed55 and email of nicolebless55@gmail.com, and these identifiers were associated with the TextNow account accessed on NOWAK's phone.

4

18. On May 11, 2024, NOWAK called the VICTIM from phone number 702-602-8943. NOWAK communicated with the VICTIM to relay information about "Promise," a moniker that DAVIS had been using.

    a. NOWAK: "Promise wanted me to ask you if you can help us get the car out of the impound. I parked it in the wrong zone and didn't know. We were just about to post it on Turo."

    b. VICTIM: "I gave him all I had last week"

    c. NOWAK: "He said he just needs 550...It's 1000 but I have some...I'm on the phone with him right now he said he needs that right now it's kind of important."

    d. VICTIM: "I can't leave my office"

    e. NOWAK: "Now he's telling me to do some crazy shit that I don't want to do… He said can you just cash app 250 real quick"

19. From June 1 to June 5, 2024, while claiming to be Darnell, NOWAK told the VICTIM that the VICTIM needed to send DAVIS money. When the VICTIM did not give the money quickly enough, NOWAK, who was in the Las Vegas, Nevada area at the time, told the VICTIM that she (ostensibly Darnell) was in the Seattle, Washington area. NOWAK communicated that she (Darnell) was going to the VICTIM's home. NOWAK then sent the VICTIM a photo of two adult African American male adults, claiming to be one of them. These messages caused the VICTIM to be fearful of a physical attack if she did not send money to DAVIS.

20. On May 25, 2024, DAVIS moved to High Desert State Prison (HDSP), located in Susanville, California, within the Eastern District of California. DAVIS continued to send threatening communications to the VICTIM from that institution. While at HDSP, Davis no longer had a contraband cell phone and began utilizing the Inmate/Ward Telephone System (IWTS). The institution provided the IWTS as a resource for DAVIS and other inmates to maintain communication with friends and family members while serving a custodial sentence. This system records the audio of the phone calls and alerts participants on each call that the call is being monitored and/or recorded.

21. On one IWTS recorded phone call, NOWAK, used phone number 702-934-6955, and identified herself as DAVIS's wife. 702-934-6955 is associated with NOWAK in the IWTS system and at this time was NOWAK's documented phone number with her supervising federal probation officer.

22. On July 15, 2024, at approximately 5:10 pm, DAVIS utilized the IWTS to place a call to the VICTIM. The IWTS requires inmates to use a Personal Identification Number (PIN) prior to making a call. The system keeps records of the inmate placing the call as well as a recording of the call.  During this call, DAVIS repeatedly demanded that the VICTIM send him money. When the VICTIM stated she did not have any money to send him, DAVIS stated, "I'm gonna message them all, I have the Instagram made, I have it private, I'm gonna start adding them and make it public, then I'm gonna start DMing everyone. All your little pretty sisters, I'ma hit up everyone, all his friends. It's 5:15 right now. I'm about to do this right now. I could do way worse shit to you but I'm not. I could tell you to give me your SSN so I can open credit cards and fuck you up, but I'm not doing that. Just asking for money. I'm not pressuring you for anything else. Send me a screenshot of all your bank information and send it to me. It's 5:16."

23. At approximately 5:24 pm on the same day, DAVIS utilized the IWTS to call NOWAK at 702-934-6955. During this call, DAVIS instructed NOWAK to tell the VICTIM that DAVIS was going to send messages to the VICTIM's family and friends if the VICTIM did not cooperate with sending DAVIS money. NOWAK sent the messages as instructed by DAVIS.  NOWAK also told DAVIS what the VICTIM said in response so that DAVIS could continue to tell NOWAK what to say.

24. On July 25, 2024, DAVIS reached out to NOWAK via the prison text messaging system and directed her to reach out to the VICTIM to continue making threats.  DAVIS directed NOWAK to "make it real." The next morning, NOWAK began text messaging with the VICTIM from phone number 702-843-6114, this time naming specific members of the VICTIM's family that NOWAK and DAVIS would reach out to, including the names of family members, email addresses, and phone numbers. NOWAK stated, "Unblock all numbers now and send the password to go to bank." "Go to bank" refers to Go2bank, a bank where the VICTIM had an account.

25. After the text conversation between NOWAK and the VICTIM ended, DAVIS and NOWAK had a recorded IWTS phone call, part of which is described below:

a. NOWAK: "She blocked the number again."

b. DAVIS: "Did you try calling it?"

c. NOWAK: "I got scared I called her from my real number. I ended up hanging up after the second ring."

d. DAVIS: "Why am I like this? I need to get away from this, this is not okay."

e. NOWAK: "I know and I'm enabling you...to do stuff like this."

f. DAVIS: "You are enabling me you supposed to be doing this all the time for me."

g. NOWAK: "No, I'm supposed to be telling you not to do this type of stuff cause of the consequences."

h. DAVIS: "What consequences?"

i. NOWAK: "What if she does decide to report it?"

j. DAVIS: "Report what? What did I do?"

26.   On August 10, 2024, DAVIS and NOWAK had a text message conversation on the prison messaging system. Referring to the VICTIM, DAVIS asked NOWAK, "…Do you have time tonight babe let's rock her bitch ass." NOWAK, using phone number 702-843-6114, then sent a text message to the VICTIM stating, "OK fine time to get crazy[.]" NOWAK then proceeded to send the VICTIM screenshots of the Facebook accounts of members of the VICTIM's family. Some of the screenshots had drafted messages implying the messages were about to be sent.

27.   When NOWAK updated DAVIS on the status of her conversation with the VICTIM, DAVIS instructed NOWAK to tell the VICTIM that the VICTIM needed to contact DAVIS's lawyer for him and answer his calls. NOWAK complied with this request and told the VICTIM that if she did not answer their phone calls then "it'll only get worse from here."

28.   DAVIS then told NOWAK, "Tell her send bread now are you sending messages…[and] make sure he gets money on his books and he needs a package and if you can't do it I can do this right now and I'll show you I'm not playing so what you want to do[.]" NOWAK confirmed that she sent the message. DAVIS then dictated to NOWAK the exact message that should be sent to the VICTIM's family members, and to instruct the VICTIM to send money right then or NOWAK would send the messages to the VICTIM's family. NOWAK then sent the VICTIM a screenshot of a drafted message to

7

the VICTIM's son, exactly as dictated by DAVIS, and told the VICTIM to send money "now" or NOWAK would send the message. NOWAK then sent the VICTIM screenshots of drafted messages to the VICTIM's mother and another family member.

29. NOWAK then again told DAVIS that she should not be enabling him to do this to the VICTIM. DAVIS told NOWAK that maybe she would feel better after going to sleep. NOWAK replied, "I don't feel bad. Just want to be perfect for you. I need everything to be perfect. I want you so bad. I need you in my life. I want nothing but happiness for you and for everything to be literally perfect for you. I know it's not the best now but we will make our way up to better things[.]"

30. On September 27, 2024, DAVIS and NOWAK were discussing their sports betting, which was not going well, using the prison text messaging system. NOWAK stated, "Fuck we need to make some money ASAP." DAVIS replied, "…did [the VICTIM] text back and download Facebook rn and put a message about her cheating on her husband with a blaccck man and sending a blaccckkk inmate her husbands money and I have screenshots of her saying she been cheating on her husband and she's been sending nudes babe get on her get on your lurk account and put it in the chat and tell her if she don't send it I'll send these messages to everyone[.]" NOWAK replied that she was tired, and needed to go to bed.

31. DAVIS reached out to an apparent girlfriend, Rajbinder Sandhu, who lives in British Columbia, Canada, and asked her to create a fake Facebook account, which she agreed to. DAVIS dictated to Sandhu a message to send to the VICTIM's son and sisters through Facebook. DAVIS told Sandhu, "…now babe don't send it just put it in the box as if to send and screenshot it and tell her if she don't send that bread I'm sending this to them and all there friends[.]" Sandhu then sent screenshots of multiple drafted messages to the VICTIM from VoIP phone number 702-447-1944. The VICTIM asked Sandhu what would happen if she couldn't send the money. Sandhu asked DAVIS how to reply, and DAVIS told Sandhu to reply, "if she don't pay we send asap no back and forth not here to talk let her no[.]" Sandhu communicated this information to the VICTIM as instructed.

32. On September 28, 2024, DAVIS and Sandhu had a recorded IWTS phone call in which DAVIS told Sandhu, "I need you to text [the VICTIM] and tell her I need the money right now[.]" Sandhu sent a similar message to the VICTIM. DAVIS then told Sandhu, "Text her I'm gonna give you

8

ten minutes then I'ma start sending 'em." Sandhu sent a similar message to the VICTIM. The VICTIM replied that she did not know where to send the money, and Sandhu communicated this to DAVIS by telephone.

33. DAVIS then called NOWAK on the recorded IWTS line and told NOWAK that the VICTIM did not know where to send the funds. NOWAK told DAVIS, "I just sent her the Venmo cause I guess maybe she didn't get the picture, but I sent her a screenshot." DAVIS asked what number NOWAK used, and NOWAK replied, "The texting app, the 702-843 number." NOWAK had been using VoIP phone number 702-843-6114. NOWAK stated that she thought the VICTIM might have blocked that number. DAVIS asked NOWAK if she had another phone number that she could use to send the VICTIM the Venmo account.  NOWAK said she did. NOWAK then sent the VICTIM a screenshot of a Venmo account from VoIP phone number 209-798-8079.

34.  On November 26, 2024, DAVIS was transferred to Kern Valley State Prison, near Delano in Kern County within the Eastern District of California.

35. On November 29, 2024, DAVIS used VoIP phone number 702-843-8952 to send the VICTIM a message that included the following: "You not going to respond…" DAVIS then sent an explicit photo of the VICTIM that the VICTIM had previously shared with DAVIS, with emojis covering the VICTIM's breasts. The next day, DAVIS wrote the message, "You want to play let's go[.]"

36. On March 6, 2025, after the VICTIM had blocked two of DAVIS's other VoIP phone numbers, DAVIS messaged the VICTIM again from VoIP phone number 702-843-8952 and wrote, "Hey [VICTIM] if you block me on me one more time I'm going to send all these screenshots and pics and nudes of you I'm just trying to ask you some shit… Like fr if this what you want to do I'll expose you[.]"

37. In January 2026, when DAVIS learned that NOWAK's phone had been seized by her supervising probation officer, DAVIS messaged a friend named Darnell Brooks via the prison messaging system to ask, "if someone takes your iPhone is there anyway you can delete what's on it so they don't see into[?]"

38. DAVIS then had a recorded IWTS phone call with Brooks. In the call, DAVIS and Brooks tried to brainstorm which of DAVIS's, NOWAK's, and Brooks's recently-committed crimes the

9

federal probation officer might have been investigating. DAVIS stated, "There's shit in that phone, bro! … I'm over here fucking sweating bullets right now. And think about this brother. Remember the girl I had getting the dollars? That's in there." DAVIS asked Brooks to do research on how to remotely delete contents from a cell phone after it had been seized by law enforcement, even though he stated he knew that law enforcement would accuse him of tampering with evidence. Brooks researched online and determined it would not be possible to delete evidence from the phone that had been seized by NOWAK's federal probation officer.

### III.    CONCLUSION

39.    I believe that this affidavit establishes probable cause to conclude that DAVIS and NOWAK have violated 18 U.S.C. § 875(b) and 18 U.S.C. § 2261A(2)(B).  Specifically, from approximately February 2022 through January 2026, DAVIS and NOWAK sent interstate threatening communications with the intent to extort more than $35,000 and engaged in cyberstalking a VICTIM. Therefore, I request that the court issue a federal criminal complaint and arrest warrant for DAVIS and NOWAK.

Respectfully submitted:

Jacob Ricks
FBI Special Agent

Approved as to form:

/s/ David Gappa
David Gappa,
Assistant United States Attorney

Affidavit submitted by email and pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4(d) and 4.1(a) on    **Jun 11, 2026**          .

Honorable Erica P. Grosjean
United States Magistrate Judge